### Exhibit A to the Complaint

**Location:** Boston, MA  **IP Address:** 24.91.248.222
**Total Works Infringed:** 40  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A3593F3E6123CE73A673554FA4F9DEF54A9ACC62 | 01/29/2025 19:29:01 | Vixen | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 2 | 73c61f6e28f07c3a491345fa41bd7b778949f2b6 | 02/15/2025 01:23:11 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |
| 3 | 3E1FC8DF381478E1BCBE35C4B575F09D65EE1DDB | 01/26/2025 17:38:50 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 4 | 1524D216D44972F73C4A5801FA7F7FF46E95BDFF | 01/26/2025 16:51:50 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 5 | 8C37CD8582862A6D77ACDDA8B85FA441E2896573 | 01/26/2025 16:41:55 | Blacked | 06/02/2024 | 09/04/2024 | PA0002490168 |
| 6 | 934D3E6AC18AA5E695F67FE8F3E36E57940B8ADD | 01/26/2025 16:41:52 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 7 | DC8504659653D361A72EC186D0D2DDC7A3B1560D | 01/26/2025 16:40:43 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 8 | BE3D5EB4264E56549FAA856A45044D1DAB4FDE3B | 12/06/2024 17:17:21 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 9 | c186287144e28c7903eb618587664bd76c172480 | 09/18/2024 03:45:50 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 10 | 28bee3efbc42a560206c7982b74739f0b8121bf2 | 09/15/2024 07:04:07 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 11 | 10dfccd34f4d10814f53db59cdfc5be3c9fdc852 | 09/11/2024 03:42:51 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 12 | cb330d557ed1502d84365acc50035bdae0b680c5 | 09/09/2024 00:26:20 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 13 | 855a7690d75e5e85ac8d776949c419bfd9a2f634 | 09/05/2024 23:20:13 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 14 | 1b7f4f4fc313d409e711f469b86ce1b7227893de | 09/05/2024 21:04:15 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 15 | eb5ec26129e8ed2fd80027f4de5d08134052497d | 09/05/2024 16:50:38 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 16 | 52927be27fddb066449026e2f8a243c5c07ae772 | 09/05/2024 08:10:57 | Tushy | 10/17/2021 | 11/11/2021 | PA0002321294 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | a5fae42aa7c1cb46217dff475aac6a8c2eff24d8 | 09/03/2024 21:24:21 | Slayed | 01/04/2022 | 02/03/2022 | PA0002341800 |
| 18 | 2df3f2fa9dbe783a7f0b442f86febd704afd88de | 09/03/2024 08:24:50 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 19 | ec72ab6e2428651d76e9b35e34364fbf997d62e4 | 09/03/2024 00:35:27 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 20 | 5c43bb9289b8e67f14fd19403fa07c84eee3a2b4 | 09/01/2024 20:25:37 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 21 | de4aaf38594b0808fa0c92b0470e53f29063ab97 | 09/01/2024 08:17:27 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 22 | D235D2E2CEF1A389CDA952506EAFDE1403CF4FC9 | 08/30/2024 19:51:44 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 23 | 2aa6a1024c1d7a364fab7e06ebf19ff990c77086 | 08/24/2024 19:43:35 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 24 | 07fb14eab2bd27df28ae8113c70c7e1314433c61 | 08/24/2024 17:32:14 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 25 | e7a3c37670531a084d91137f8ed2a0c77e42ea8c | 08/24/2024 11:14:28 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |
| 26 | a56dc8e3f657df8a4c40e14479d904fdf0ffd994 | 08/21/2024 00:52:56 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |
| 27 | eed43fabe88be159917ce33031386987d0b07a81 | 07/24/2024 16:47:39 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 28 | eed506c57d02ead49b1e59dbdfdc9ddf1686a5ee | 07/24/2024 14:20:55 | Blacked | 04/17/2021 | 06/09/2021 | PA0002295585 |
| 29 | bba273cca13d204cab4f31b4e15dcf949b3a40fd | 06/27/2024 11:04:29 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 30 | 75221ca3faffef85ac3ae796be40575d5fff8bba | 06/25/2024 10:18:45 | Vixen | 02/13/2020 | 03/15/2020 | PA0002240552 |
| 31 | 9f383373341f3e97f7f011ac0c27e28741d07f9b | 06/22/2024 21:07:09 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 32 | 02b5847ad498059143d369cd30a245c9559751b1 | 06/20/2024 22:32:06 | Vixen | 09/29/2021 | 11/11/2021 | PA0002321322 |
| 33 | a71903774dc651ec1abd1ab0a57f3be8c302de42 | 06/19/2024 18:46:58 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 34 | 7e2a9dd13f5f81891bfbee9953863c80cb9fedc1 | 06/11/2024 22:05:22 | Tushy | 04/18/2021 | 06/03/2021 | PA0002299684 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 0c55dc874a531a2093a67f9120d4354da7dada74 | 06/09/2024 11:43:06 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 36 | 3f1869cf9e0e640ae9688445e8c81979e50b34c9 | 06/09/2024 07:22:27 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 37 | acca6ef9b08db18eba925626e38b5913bfb7e277 | 06/06/2024 23:21:04 | Tushy | 04/11/2021 | 04/27/2021 | PA0002288948 |
| 38 | 8062db8db357671593badc8c4f0866052b931097 | 05/27/2024 21:16:54 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 39 | ed243931d213efd5effe537e230284839a85b38d | 05/26/2024 18:15:33 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 40 | beedad4f8e5e50ab34f5e7c5057929ca2ba3bc37 | 05/26/2024 16:10:13 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |