## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, INC., ) )  *Plaintiff*, ) ) v. ) ) JOHN DOE, ) Subscriber assigned IP address ) 24.91.248.222, ) ) *Defendant*. ) ) | Civil Action No. 25-cv-10551-GAO |

## PROOF OF SERVICE

Comcast Cable Communications, LLC ("Comcast") hereby certifies that on March 20, 2025, it received a subpoena duces tecum ("Subpoena"), the Court's Order of March 18, 2025 (ECF #10), Protective Order (ECF #11), and a form of "Notice to Defendant" (ECF #12), all served by Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-captioned proceeding. The Subpoena seeks the identity of a Comcast subscriber who used IP address 24.91.248.222, Port 58713, on January 29, 2025, to download and share Plaintiff's movies using BitTorrent. As directed in Paragraph 4 of the Court's Protective Order dated March 18, 2025 (ECF #11), Comcast served the subscriber who used that IP address by UPS overnight (next business day) delivery on March 25, 2025, with an envelope containing the Subpoena, Order, "Notice to Defendant," and Protective Order, accompanied by a short cover letter.

Further, pursuant to Paragraph 5 of the Protective Order, copies of Comcast's cover letter, overnight mailing label, and confirmation of delivery on March 26, 2025, are attached hereto as Exhibit A with the subscriber's name, address, and tracking numbers redacted.

Unredacted copies of the documents in Exhibit A will be submitted under seal and delivered to the Court by email, pursuant to L.R. 5.4(g)(1)(A).

By their attorneys,

*/s/ Jonathan B. Engel*
Jonathan B. Engel
John D. Seiver
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington D.C. 20005
202-973-4200
johnseiver@dwt.com

*Attorneys for Comcast Cable Communications, LLC*

Dated: March 28, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2025, a copy of the foregoing was filed via the CM/ECF system for the U.S. District Court for the District of Massachusetts, which will send notification to all counsel of record, and an unredacted version of the filing was submitted under seal to the Court by email addressed to leonardo_vieira@mad.uscourts.gov.

                                                             /s/ John D. Seiver  
                                                             John D. Seiver

# **EXHIBIT A**

**Comcast Letter to Subscriber dated March 25, 2025**

**UPS Overnight Package Label**

**UPS Signature Delivery Confirmation dated March 26, 2025**